HILL *et al. v.* LUNDY.

CANDLER, J. 1. It is not a proper ground of a motion for a new trial that the judge of the superior court, on the trial of an appeal from a county court, refused, on motion, to dismiss the appeal, or to dismiss the petition of one of the parties thereto. The error, if any, should be made the subject of a direct exception. *Heery* v. *Burkhalter*, 113 *Ga.* 1043, and cases cited.
2. The verdict was supported by the evidence, and it was not erroneous to overrule the motion for a new trial.

*Judgment affirmed. By five Justices.*

Submitted May 6, — Decided May 30, 1903.

Appeal. Before Judge Holden. Hancock superior court. November 22, 1902.

*Hunt & Merritt*, for plaintiffs in error. *R. H. Lewis*, contra.